NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1230

ARIBA, INC.,

Plaintiff-Appellee,

v.

EMPTORIS, INC.,

Defendant-Appellant.

Michael T. Renaud, Pepper Hamilton LLP, of Boston, Massachusetts, argued for plaintiff-appellee.  With him on the brief were Lana A. Gladstein.

Robert T. Haslam, Covington & Burling LLP, of Redwood City, California, argued for defendant-appellant.  With him on the brief were Amy K. Van Zant; and Robert D. Fram, and Nathan E. Shafroth, of San Francisco, California.

Appealed from:  United States District Court for the Eastern District of Texas

Judge Ron Clark

# United States Court of Appeals for the Federal Circuit

2009-1230

ARIBA, INC.,

Plaintiff-Appellee,

v.

EMPTORIS, INC.,

Defendant-Appellant.

# Judgment

ON APPEAL from the  United States District Court for the Eastern District of Texas

In CASE NO(S).           9:07-CV-90.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam  (RADER, PROST, and MOORE, <u>Circuit Judges</u>).

<u>**AFFIRMED**</u>.  <u>See</u> Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*

DATED  *January 8, 2010*                    */s/ Jan Horbaly*_____
                                            *Jan Horbaly, Clerk*